```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415)729-9006
Facsimile:  (415)729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VALLEY PROCESS SYSTEMS, INC., etc., <br><br> Defendant. | NO. C 13 00025 KAW <br><br> <u>JUDGMENT PURSUANT TO STIPULATION</u> |

It appearing that Plaintiffs BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and defendant, VALLEY PROCESS SYSTEMS, INC., a California corporation, have Stipulated that plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $94,975.80,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs have and recover judgment from defendant in the amount of $94,975.80, which is composed of the following:

      a.   Contributions due and unpaid to Plaintiff Trust Funds for December 2012 in the amount of $65,197.52;

      b.   Liquidated damages due and unpaid to the Plaintiff Trust Funds for October 2012 in the amount of $6,838.51, November 2012 in the amount of $7,287.96 and December 2012 in the amount of $15,301.81;

      c.   Interest due pursuant to contract in an amount to be computed at the end of the payment plan set forth below; and

      d.   Costs of suit incurred in this action in the amount of $350.00.

      IT IS FURTHER ORDERED AND ADJUDGED that execution will not issue on the judgment so long as defendant fully complies with the following conditions:

      1.   Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for January 2013, hours due on or before February 20, 2013 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the post office box on the report form.

      2.   Defendant shall pay the amount of the contributions under paragraph (a) in the amount of $65,197.52 in eight monthly installment payments of $8,149.69. The first installment is due February 28, 2013 and each subsequent installment shall be paid on the 30th of each month thereafter until the entire contribution amount has been paid. Said installment payments will be made by check payable

to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 231, Sausalito, CA 94965, Attention: Michael Carroll.

3. Once the above amount of $65,197.52 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will exercise its discretion and review defendant's eligibility for a reduction of the liquidated damages, interest, and costs owed as stated in paragraphs (b), (c), and (d) above. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), and (d), defendant shall make payment on the remaining balance of $29,778.28, plus interest in as many additional monthly installments of $8,149.69 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due after notification of the Trust Funds' decision, with payments continuing each month thereafter.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of the stipulation, execution on the entire judgment in the amount of $94,975.80 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant and Defendant's counsel that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on

1  the part of the defendant.  Defendant waives notice of any hearing
2  held by the court upon the earlier execution of this judgment or
3  Plaintiffs' declaration.
4  Dated: 3/6/13

*Kandis Westmore*
Magistrate Judge Kandis A. Westmore